UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
OCT 1 6 2013
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **4:13CR432 CDP/TCM** |
| v.  ) No. | |
| ) | |
| ANTONIO HARRIS, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about October 7, 2013, in the City of St. Louis within the Eastern District of Missouri,

ANTONIO HARRIS,

the defendant herein, having been convicted previously in the 22nd Judicial Court for the State of Missouri, of the crime of Unlawful Use of a Firearm, a crime punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly possess a firearm which had previously traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g) (1).

A TRUE BILL.


_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney


_____
Thomas J. Mehan
Assistant United States Attorney